**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | : | **Case No. 12-md-02311**<br>**Honorable F. Kay Behm** |
| **In Re: SMALL BEARINGS CASES** | : | |
| **THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS** | : | **2:17-cv-04201-FKB-RSW**<br>**2:17-cv-10853-FKB-RSW** |

## ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 2nd day of November, 2026, upon consideration of Plaintiff's Motion for an Order Authorizing Distribution of Settlement Funds, supporting brief, and the attached Declaration of Andrew Clements ("Clements Declaration"), and the entire record in this matter, it is hereby ORDERED as follows:

1. Payments to 32 Claimants from the Settlement Fund who have filed valid claims totaling $214,945,745.93 as set forth in the Clements Declaration dated October 20, 2026, are hereby authorized.

2. Claims to the Settlement Fund recommended for disallowance by the Settlement Administrator, as described in the Clements Declaration, are hereby disallowed.

3. Payment to Epiq from the Settlement Funds in an amount not to exceed $35,000 for its settlement and claims administration services and costs, including tax preparation charges, from April 1, 2026, to the conclusion of the litigation, is hereby authorized.

4. The balance of the Settlement Funds, including any additional accrued interest and tax refund, but less any additional unforeseen costs and expenses related to settlement and claims administration, be paid in accordance with the "Proposed Process for Distributing the Net Settlement Fund" set forth in the Clements Declaration. Distributions shall be pro rata, based on the approved purchases.

6. The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

7. The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the settlements and the Settlement Fund are approved.

**SO ORDERED.**

Dated: November 2, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge